**Jonathan C. GREEN, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 1D16–3241.

District Court of Appeal of Florida, First District.

Nov. 17, 2016.

Jonathan C. Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

DISMISSED. *Rivera v. Dep't of Health,* 177 So.3d 1, 3 (Fla. 1st DCA 2015).

LEWIS, ROWE, and KELSEY, JJ., concur.